UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SAUNDERS, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS　　　　　24-cv-7126 (JGK)
SIMILARLY SITUATED

                          ORDER

                 Plaintiff,

      - against -

CAURD BROOKLYN CORP.,

                 Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **November 23, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
           September 24, 2024

                                                John G. Koeltl
                                       United States District Judge