UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MICHAEL SAUNDERS, on behalf of himself
and all others similarly situated,

                        **1:24-cv-7126 (JGK)**

                Plaintiff,

                        *NOTICE OF*
  -against-                              *APPEARANCE*

CAURD BROOKLYN CORP. d/b/a MISHA'S
FLOWER SHOP

                Defendants.
---------------------------------------------------------------------X


**APPEARANCE OF COUNSEL**


To the Clerk of Court and all parties of record:

I, Glenn D. Wright, an attorney in good standing of the bar of this Court, appear as counsel for the defendant CAURD BROOKLYN CORP. d/b/a MISHA'S FLOWER SHOP, and request that copies of the papers served in this action be served on the undersigned.

Dated: New York, New York
       November 15, 2024

                                    Yours, etc.

                               /s/ *Glenn D. Wright*
                            Glenn D. Wright, Esq. Bar No. 2293991
                            Attorney for Defendant
                            CAURD BROOKLYN CORP.
                            60 East 42nd Street, Suite 46
                            New York, N.Y. 10165
                            (212) 619-1500
                            glenn@wrightlawfirmnyc.com

TO: Attorneys for Plaintiff
Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
110 East 59th Street, Suite 2300
New York, New York 10022
Tel. No.: (212) 227-5700
Fax No.: (212) 656-1889
jon@norinsberglaw.com bennitta@employeejustice.com